UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-24879-RS

GINA MASSONI,

    Plaintiff,

vs.

LEGACY DONOR SERVICES FOUNDATION (INC.),

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, GINA MASSONI, by and through his undersigned counsel, and in agreement with Defendant, hereby provides notice that the parties have reached a settlement of all claims in this case on June 14, 2021. The parties are in the process of executing settlement documents and preparing the joint stipulation for dismissal, only the latter of which will be filed with the Court upon completion. Plaintiff has been offered full compensation on her FLSA claim with no compromise involved; therefore, judicial approval is not required in this action. See *Mackenzie v. Kindred Hosp. E., L.L.C.*, 276 F. Supp. 2d 1211, 1217 (M.D. Fla. 2003). See also *Rocha v. British Broadcasting Corporation*, Case No. 20-21604-CIV-ALTONAGA/Goodman, D.E. 35, (S.D. Fla. 2020).

Dated: June 24, 2021                            Respectfully submitted,

                                                                       By:/s/ Peter M. Hoogerwoerd
                                                                       Peter M. Hoogerwoerd, Esq.
                                                                       Fla. Bar No.: 188239
                                                                       **REMER & GEORGES-PIERRE, PLLC**
                                                                       Courthouse Tower
                                                                       44 West Flagler Street, Suite 2200
                                                                       Miami, FL 33130