UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24879-CV-REID

GINA MASSONI,

    Plaintiff,

v.

LEGACY DONOR SERVICES
FOUNDATION (INC.),

    Defendant.

_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

This matter is before the Court pursuant to the Parties' Notices of Settlement. [ECF Nos. 30, 32]. The Parties have consented to the undersigned's jurisdiction, [ECF No. 33], and the matter has been referred to the undersigned to conduct all further proceedings. [ECF No. 34]. The parties submitted a copy of their Settlement Agreement to the court via electronic mail. The Court has conducted a fairness hearing, considered the terms of the Settlement Agreement and the pertinent portions of the record, and is otherwise fully involved in the premises.

This case involves claims for unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.* ("FLSA"). In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn Food Stores v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982). A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." *Id.* The district court may approve

the settlement in order to promote the policy of encouraging settlement of litigation. *Id.* at 1354.

In this case, both Parties were represented by counsel. The Plaintiff has been offered full compensation on her claim. Further, the terms of the settlement agreement, including the amount to be received by Plaintiff and the attorneys' fees and costs, appear to be reasonable. Thus, this Court finds that the compromise reached by the parties is a fair and reasonable resolution of the parties' bona fide disputes.

Accordingly, the Parties' Settlement Agreement is **APPROVED**, and this action, in its entirety, is **DISMISSED** with prejudice.

DONE AND ORDERED in chambers, at Miami, Florida on this 19th day of August, 2021.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc:   **All Counsel of Record**